■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL VILLOT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vinik, J.), rendered April 29, 1985, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Any asserted errors in the prosecutor's summation are unpreserved for our review (CPL 470.05 [2]; *see, People v Medina,* 53 NY2d 951). In any event, were we to accept the defendant's contentions, we would find that the claimed errors were harmless in view of the overwhelming evidence of guilt *(see, People v Crimmins,* 36 NY2d 230; *People v Wood,* 66 NY2d 374).

The defendant's sentence was not excessive. Thompson, J. P., Brown, Eiber and Kunzeman, JJ., concur.